# *EXHIBIT A*

**Supreme Court of Pennsylvania**
**Court of Common Pleas**
**Civil Cover Sheet**
MIFFLIN County

| For Prothonotary Use Only: |
|---|
| Docket No: CP-44-CV-458-2020 |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

### SECTION A

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

**Lead Plaintiff's Name:** Robert D. Kline
**Lead Defendant's Name:** Quotewizard.com, LLC

**Are money damages requested?** ☐ Yes ☒ No
**Dollar Amount Requested:** (check one) ☐ within arbitration limits ☐ outside arbitration limits

**Is this a Class Action Suit?** ☐ Yes ☒ No
**Is this an MDJ Appeal?** ☐ Yes ☒ No

**Name of Plaintiff/Appellant's Attorney:** _____
☒ Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

### Nature of the Case:
Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

### SECTION B

**TORT** (do not include Mass Tort)
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability (does not include mass tort)
- ☐ Slander/Libel/Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** (do not include Judgments)
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☐ Other: _____

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure: Residential
- ☐ Mortgage Foreclosure: Commercial
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Statutory Appeal: Other _____
- ☐ Zoning Board
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☒ Other: 27 U.S.C. 227 TCPA

FILED MIFFLIN COUNTY 2020 MAY -1 AM 10:57 PROTHONOTARY

*Updated 1/1/2011*

| | |
|---|---|
| Robert D. Kline,<br><br>PLAINTIFF<br><br>V.<br><br>Quotewizard.com, LLC & Neil Salvage<br><br><br><br>DEFENDANTS | ) IN THE COURT OF COMMON<br>) PLEAS, MIFFLIN COUNTY, PA<br>) CIVIL ACTION - LAW<br>) NO. CV- 2020 - 458<br>)<br>) E-File-1- 2020<br>)<br>)<br>)<br>)<br>) |

### PRAECIPE TO ISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

Please issue a writ of summons in the above case to all defendants whose addresses are as follows:

Quotewizard.com, LLC
c/o Incorp Services, Inc.
4505 Pacific Hwy E Ste C-2
Fife, WA 98424

Neil Salvage
157 Yesler Way,
Seattle, Washington 98104

Summons shall be forwarded to Robert D. Kline, J. D., 2256 Fairview Road, McClure, PA 17841, who will have service arranged consistent with the rules.

Robert D. Kline, J. D.
2256 Fairview Road
McClure, PA 17841
Telephone 570-658-3448

May 11, 2020

| | |
|---|---|
| Robert D. Kline,<br><br>     PLAINTIFF<br><br>V.<br><br>Quotewizard.com, LLC & Neil Salvage<br><br><br>     DEFENDANTS | ) IN THE COURT OF COMMON<br>) PLEAS, MIFFLIN COUNTY, PA<br>) CIVIL ACTION - LAW<br>) NO. CV- 2020 - 458<br>)<br>) E-File-1 — 2020<br>)<br>)<br>)<br>)<br>) |

### WRIT OF SUMMONS

To:   Quotewizard.com, LLC & Neil Salvage

YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF HAS COMMENCED A CIVIL ACTION AGAINST YOU.

---
Prothonotary/Clerk, Civil Div.

by _[signature]_ Chief Deputy
Deputy

May 11, 2020

FILED MIFFLIN COUNTY
2020 MAY 11  AM 10:57
PROTHONOTARY
CLERK OF COURTS

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provision of the Public Access Policy of the Unified Judicial System of Pennsylvania; Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

*[signature]*

Robert D. Kline, J. D. - Plaintiff
2256 Fairview Road
McClure, PA 17841
570-658-3448

May 11, 2020