# *EXHIBIT B*



| | |
|---|---|
| Matthew E. Brown<br>Admitted in MA, PA & SC<br>T 617.217.4619<br>matt.brown@nelsonmullins.com | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>ATTORNEYS AND COUNSELORS AT LAW<br><br>One Post Office Square, 30th Floor<br>Boston, MA 02109<br>T 617.217.4700  F 617.217.4710<br>nelsonmullins.com |

May 27, 2020

Court of Common Pleas of Mifflin County
Mifflin County Courthouse
20 North Wayne Street
Lewistown, PA 17044

RE:  Robert D. Kline v. Quotewizard.Com, LLC and Neil Salvage
    Civil Action No. 2020-458
    Our File No. 019123/01575

To the Prothonotary for the above captioned Court:

Enclosed herewith for filing in the above-mentioned matter, please find two (2) copies of the Praecipe for Rule to File Complaint. We kindly request that the prothonotary file one copy with the court and mail a file-stamped copy of the other in the prepaid stamped envelope that is enclosed.

Thank you for your attention to this matter.

Very truly yours,

/s/ Matthew E. Brown

Matthew E. Brown

MEB|sd
Enclosures

cc:   Robert D. Kline, J.D. *(By Frist Class Mail)*

## COMMONWEALTH OF PENNSYLVANIA

| | |
|---|---|
| MIFFLIN COUNTY | COURT OF COMMON PLEAS |

| | |
|---|---|
| ROBERT D. KLINE<br><br>      Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC & NEIL SALVAGE,<br><br>      Defendants | CIVIL ACTION NO. 2020-458 |

### PRAECIPE FOR RULE TO FILE COMPLAINT

TO the Prothonotary for the above captioned Court:

    Please enter a Rule against Robert D. Kline, Plaintiff, to file a Complaint against Quotewizard.com LLC and Neil Salvage, Defendants, within twenty (20) days hereof or suffer the entry of Judgment of Non Pros.

                                                     */s/ Matthew E. Brown*
                                                     Matthew E. Brown
                                                     ID No. 93541
                                                     Nelson Mullins Riley & Scarborough LLP
                                                     One Post Office Square, 30th Floor
                                                     Boston, MA 02109
                                                     Phone: 617-217-4700
                                                     Fax: 617-217-4710

Date: May 27, 2020

## COMMONWEALTH OF PENNSYLVANIA

| | |
|---|---|
| MIFFLIN COUNTY | COURT OF COMMON PLEAS |

| | |
|---|---|
| ROBERT D. KLINE<br><br>          Plaintiff,<br><br>v.<br><br>QUOTEWIZARD.COM, LLC & NEIL SALVAGE,<br><br>          Defendants | CIVIL ACTION NO. 2020-458 |

## **RULE TO FILE COMPLAINT**

AND NOW, this _____ day of _____, 2020, a Rule is hereby granted upon Robert D. Kline, Plaintiff, to file a Complaint herein against Quotewizard.com LLC and Neil Salvage, Defendants, within twenty (20) days after service hereof or suffer the entry of Judgment of Non Pros.

                                                           _____
                                                           Prothonotary

                                                           By: _____
                                                           Deputy Prothonotary

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within Praecipe for Rule to File Complaint was served upon the following via first class mail:

>Robert D. Kline, J.D.
>2256 Fairview Road
>McClure, PA 17841

Date: May 27, 2020                               /s/ *Matthew E. Brown*
                                                 Matthew E. Brown