IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. KLINE | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No: 1:20-cv-01167 ) |
| QUOTEWIZARD.COM, LLC AND NEIL SALVAGE | ) ) ) |
| Defendants. | ) ) |

Plaintiff Robert D. Kline and Defendants QuoteWizard.com, LLC and Neil Salvage, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of all claims in the above-styled action against Defendants QuoteWizard.com LLC and Neil Salvage with prejudice. Each party waives his or its right to appeal from this dismissal, and each party will bear its own costs and attorneys' fees.

Respectfully submitted, this 23 day of September, 2020.

By: _____
Robert D. Kline
2256 Fairview Road
McClure, PA 17841
*Plaintiff pro se*

**NELSON MULLINS BROAD & CASSEL**

/s/ George G. Mahfood
George G. Mahfood (PA Bar No. 27591)
Nelson Mullins Broad and Cassel
2 South Biscayne Blvd
21st Floor

Miami, Florida 33131
George.mahfood@nelsonmullins.com
Phone: (305) 373-9427
Fax: (305) 995-6437

*Counsel for Defendants QuoteWizard.com LLC and Neil Salvage.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT D. KLINE | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:20-cv-01167 |
| QUOTEWIZARD.COM, LLC AND NEIL SALVAGE | ) |
| Defendants. | ) |

Plaintiff Robert D. Kline and Defendants QuoteWizard.com, LLC and Neil Salvage, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of all claims in the above-styled action against Defendants QuoteWizard.com LLC and Neil Salvage with prejudice. Each party waives his or its right to appeal from this dismissal, and each party will bear its own costs and attorneys' fees.

Respectfully submitted, this 23 day of September, 2020.

By: _____
Robert D. Kline
2256 Fairview Road
McClure, PA 17841
*Plaintiff pro se*

**NELSON MULLINS BROAD & CASSEL**

/s/ George G. Mahfood
George G. Mahfood (PA Bar No. 27591)
Nelson Mullins Broad and Cassel
2 South Biscayne Blvd
21st Floor

Miami, Florida 33131
George.mahfood@nelsonmullins.com
Phone: (305) 373-9427
Fax: (305) 995-6437

*Counsel for Defendants QuoteWizard.com LLC and Neil Salvage.*